19 - CV1354G

Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**



FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**.  See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.**   **Full Name of Plaintiff:  NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Kevin P. Smith  073568863 SS# 05-05-1960 D.O.B

-vs-

**B.**   **Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.*  Add a separate sheet, if necessary.

1. New York Central Mutual                4. _____
2. Sherwin Williams Paint Company         5. _____
3. See Attached Sheets For more           6. _____
Defendants Names and Companies

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections **MUST** be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court:  title 18 USC Chapter 23 - Unfair practices in the Insurance Business 2304 part (16) b, cd F, L, M, N-17 Failure to maintain Complaint USC title 18 - 2331 (1) A, B(1), 5A(i) C

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District:  title 18 USC 2331 international terrorism title 18 USC 2261 A - Stalking place under surveillance with intent to kill

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

✱ See back of Sheet

C. Nature of Suit:  Civil Rights, personal injury and personal Property title 18 USC Ch 95 1951 racketeering - 1959 affecting interstate Commerce title 18 USC Sec 1513 Retaliating against Witness 911 Attacks Obstruction of Justice title 18 USC Sec 1515 involving Business of insurance - 1518 Obstruction of Criminal investigation of Health care Offenses title 18 - 2381 treason/2382

title 18 USC 229 Prohibited Activities
 unlawful Conduct to develop or produce chemical weapons
title 18 USC 2381 treason
title 18 USC 2384 Seditious Conspiracy
title 18 USC Sec 1117 Ch 51
title 18 USC See 1365 tampering with Consumer products
title 18 USC 2340A torture
title 18 USC 1512
title 15 USC 2606 Imminent hazard Poison chemical
title 18 USC Ch 34 Penalty When Death Results
              Ch 35 False information
              Ch 38 Fraud Involving ~~Aircraft~~ Aircraft

(1) A, B, C
title 18 USC Fraud Involving Aircraft
title 18 USC 241 Conspiracy against Rights
title 18 USC 371
title 18 USC 2441 War crimes
title 18 USC 16 Crime of Violence defined part I crimes
title 18 USC 1958 Chapter 1 General provisions
              relating to interstate Commerce facilitates
title 18 USC In the Commission of murder USC 1111
              Relating to Racketeering
title 18 USC 3 Accessory after the Fact
title 18 USC 4 misprison of a felony 911 Alphabet Series mil15 I"
title 18 USC tear E=F=phoenicia (Deeb SEE)
title 18 USC 1541 Peonage obstructing Enforcement
title 18 USC chapter 77 Peonage, Slavery, and trafficking persons

Defendant(s): _____

_____

2.   Court (if federal court, name the district; if state court, name the county): _____

_____

3.   Docket or Index Number: _____

4.   Name of Judge to whom case was assigned: _____

5.   The approximate date the action was filed: _____

6.   What was the disposition of the case?

Is it still pending? Yes____ No____

If not, give the approximate date it was resolved. _____

Disposition (check those statements which apply):

____ Dismissed (check the statement which indicates why it was dismissed):

____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

____ By court due to your voluntary withdrawal of claim;

____ Judgment upon motion or after trial entered for

____ plaintiff
____ defendant.

---

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

Fed.R.Civ.P. 8(a) states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

Fed.R.Civ.P. 10(b) states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."                              *Motel 6*

A. FIRST CLAIM: On (*date of the incident*)   *20th 21st   2008 Oct·Nov·2012*

defendant (*give the name and (if relevant) the position held of each defendant involved in this incident*) _____

*Peter George Peterson    Blackstone Real Estate Partners VII*

*Blackstone group Inc.*

3

28th Defendant Chapter 6 Page 2
21st

Delaware limited liability company merges Blackstone Real Estate Partners VII Acronym
"BREP" Encodes Alphabet cryptology intelligence VO-ARE "OE" pierce assassination message unifies
Roman numerology VII into seventh letter G Symbolic to "O" pen spells open gate of Grave
integrates Delaware limited liability company's organized crime intelligence De, V, Aware
idiom Delaware exist Delaw-aware-A-war E encodes A and E = Vv = O as
Encode War W = O ARE = O Alphabet message Delaware aligned Organized integration
Delaware limited liability company into Peter George Peterson's GSO fund encoding
7th letter "G" open gate of Grave organized crime Symbolic escape from moral
Germanic Justice merging with the Spelling 3rd letter C "SEE and SEA Combines
EE = VV = O, EA, = O integrates Spelling, SO, SOW, and SEW assassinate
Codes written into English linguistics unifies Alphabet information Numerology
and letter merge cryptographically integrates on espionage intelligence Venient Knowledge
of Alphabet illegal influence over State legal Power code to extortion 911 messes combines
Mill "E" tear "E" pronounced military within 6th Alphabet letter F encodes motel 6 into
Espionage Photos of War the Concealed Greece Alphabet literary "Zeus" Alphabet End Point letter Z
aligned Greek Alphabet 24th letter End point numerology Omega Combines 24th letter X, into two
V" letter Create N, and W encoding two "O" Symbolic to Burials Unity Number Z and X as
exist 4th letter D encodes A Dam of "O" the tomb of unknown Soldier of Greece "Not"
Captured encodes Fifth letter E burial of the Germanic Soldiers' Double you Statement
of Alphabet NO Combines N = O tomb encode of Greece escape from Justice or Greece
will assassinate the Head of State (Garfield = 20th letter +) encoding "E" to burial and Emissa
Cause of Death interstates A Dam of "O" fourth letter D By system of fifth letter "E"
triple message encodes trace origin of paired message integration as Bust O WE
combines burial "O" letter Code triple E Burial of the Germanic Soldiers and prosecut
for treason Creates F is whole E However Greece will assassinate First Combines
Emission burial Concealed Cause of Action Combines Code Word Error as exist E ARED
are "O", O, ARE "O" encode E into the triple E message Error pronounce "heir"
the letter E = Burial = O merges five Burial letters Spelling Error pronounce "heir"
of Earth Slavery Power Administration against Germanic moral Society intentions
or true justice Not to Combine the Concealed Greece Alphabet literary of ARES Composition
combination of hidden cryptographic Parts Seperate Knowledgeable Constituent Crypto element
into Set) for hidden Arab-Greece 3rd Dimension Alphabets' definitions kept hidden from
Germanic understanding So as to secretly communicate whole story pronounced Hole = O
signifies "Double you" 23rd letter W Encodes 14th letter N = O, 15th letter O = W, and 24th letter
X encodes two V, letters fixed Points of pierce and Numerology 2 end of combines 2nd
letter B into O tto Burial Code as Exist ARES 18th letter "A" and 18th letter "S" Alphabet
Series 20th letter (+) los of "O", U, v, and W then "X" fixed Point A Dam of "O" fourth
letter D by way of Fifth letter triple E assassinate witness by system written of
Greece Espionage mesers "OOO" with 24th letter X and Omega unifies OOO English
Alphabet and Greece Arab Alphabet Warfare Staged Germanic Death of Spelling
Extort as assassinate = Ex then start = ro-otto Legal powers code to prosecute evil
therefore letter R t = AAF n = Los of Death Codes tort of Greece tomb of unknown Soldier

*in Defendant Motto 16   Page 3

east Greece Espionage warfare Code Word tort and Extort X tort Composition
Combines Spelling Extort within 24th letters message OOO and EEE triple E integrates
Spelling OWE Within 15th lettering "O" Combines Code letter 18 of R Spelling AR E=ROE
as east ARE "OE" Combines 23rd letter written two V letters of pierce for burial
OV Conspiracy Code OttO log of Death 20th letter(t) Combines message Fifth lette.
"E" as east OEEO=A,B,C,D,E, and NO Pierce M,NO, and 23rd letter W, Combines Set
U,V, and Double "U" Combine paired two U letters create "O" fourteenth letter spells
"OWE" unifies two V letter with fifth letter E produces information triple E burial
Code 14th letter produces two "V" letters pronounced Double you OWE merging Greece
Designated premises of Evil is 14th letter "N" Symbolic penalty of Evil Warfare 911
alternating Numbered meaning and Alphabet meaning Spelling Anti bi "O" Knowledge
of antibiotic ill=i Dos pronounced DOSE antibiotic hidden Alphabet 14th letter the
"O" log Cause of Death Concealed by way of O mission/O-mission Statement "NO"
of Double You=Spy state Representative positioned for treason Alphabet message
mil E tear E= F Sixth letter of Coded Alphabet Secretly provides hidden United States
Power through stage moral opportunity to act out moral National News Stories Extortion
take charge before Others do as east within hidden more serious cryptographic themes Code
thesis into the "S" is=i-Ate=SS=8 Usage to Secretly Form a Secret organized crime Seeming
Seemingly Single Entity Conceals traceable Greece Arab literary origin combines Verse into Uni-
Verse unifies, one, L=small L=l=one, VO combines prosecution Code information OttO=OOO
JWO=OOO by way of "W" integration messaging Formating premise designation by the
hidden Alphabet linguistic's methods of Greece organized crime's as east Alphabet Code through
Greece Gods information pronounces Entity Decrypted "N-t-t" Combines (i) as code ninth letter
i) Encodes assassinate Emission Fusion spell "Enti-ty" then Next t,and Y Spelling Entity
Encodes Greece Cryptology pierce for treason combines Burial Code letter E of Phoenicia Alphabet Sixth
letter F No bottom Section pronouncing Foe within "PH" Sound merges 16th letter, P reversed 9=i
and H: A Dam of Dos unifies antibiotic message Dose encodes 911=ill immunity of Arrest
from moral Germanic Society's intention for Freedom of Arab-Greece Evil Empire state
Manhattan project Hell's kitchen = AtE and Hell's Gate= Extortion Word Assassiate idiom
ASS and AtE sexual assault Codes male or mail No Conception within Alphabet letters
correspondence hidden meaning written into Mail as known Decrypted pronounced
Entity=N-t-t Combines (i)as code Word assassiate=A-8, A8, l OWE 8= prosecute Entity
Espionage as east the 25th letter Y encodes pierce for treason and spells "Why" merges
Alphabet Code Phoenicia whole E burial of Sixth letter "F" Symbolic of NO Burial
Decrypted "Entity" assassinate before terminate Greece Profits of War encode the state
Representative into independent existance from State legal Powers Code to Greece organ-
ized crime fuse premise's to a Self E Contained "individual becomes a "Spy" Combine letters
S,P, and Y of pierce as east S=SS=8=Th,H, ARES then t, U,v, W, X and Y as 16th letter
P=one and Sixth letter F Combines statement "NO" pierce Alphabet Code and Why
Spells "Spy" pierce Second "V" of 23rd letter written "W" triple E meaning Pronounced
Double you OWE for treason integrate V V and Why= Y=VVV, EEE, and OOO of X 24th letter
unifies Omega "OW"=OOO Captured "Z"=Zeus Reigns of Births encodes linguistic word
Coordinate see "O" ow E are "O" A Dam of O= fourth letter D and C Spelling triple E Code
SEE and SEA Combines three "E" letters and SEE Son of Zeus God of Weather: Rains, rai
Bridle Pronounced Bride of Births Reigns

20th
21st defendant   Motel 6   page 4

Combines Spelling Coordinate within triple E assessinate unifies Dine and Ate
Suffix coordinate letter A exist spelling coordinate of message assessinate as Dine
is of Ate and Combines hidden tomb of Greece Unknown attacks Spells idiom (in)
meaning "I OWE" of Greece Espionage message Arab/Greece/Phoenicia OWE's
for Secretly Coordinates information written Series Alphabet spells third letter
"C" SEE and SEA Combine legal powers to prosecute that Code to assessinate effort
Crime Story News integration Combines Spelling Coordinate message of letters C=
SEE "O"=grave ~OWE ARE "O"=N-A Dam of O = GD, E=OE-I OWE E=OE information
assessinate Codes Coordinate by System Englsh linguistics Alphabet integrates Profits
Of War into Peter George Peterson designated Black Stone Real Estate Partners VII Combines
Seventh letter G and g within Address 345 Park Avenue Manhatten N.Y. 10027 Former
address of Ambassador Hotel 345 Park Avenue Manhatten N.Y. Encodes 3rd, 4th and 5th
letters A C, D, and E into Concealed terminology Alphabet Code A Dam of OE
OTTO Death Records Combines Code Embassy pronounced "M-B-C" internatinal
warfare integration 4001 international parkway Combines Park and Embassy's World-
wide as exist Carrolton texas Zip Code 75007 within Seven letter g = A Dam of pierce
and S encodes pierce open gate of Grave capital letter G Combines OOE/OOO
Burial Code unifies spelling Carrolton = SEE ARE "O" ARE "O" ARE "OWE" VO,
ton=log of Death "O" = N=O = VO, O,O = Omega as 24th letter X meaning
Numerology and letter= OOO (N=O, W=O, and fourth letter D = A Dam of O, E)
Fixed point of 24th letter two V letters SEE Symbolic Spear/arrow head pierce merge
Poison pierce with fifth letter E of Roman Number S=V Alphabet Code usage 11th letter
K Combines Roman #2=11 paired I, and I unifies ill = i Dose, immunity escape of Death
and treason penalty encode premise 4001 international Parkway fourth letter D Codes
A Dam of "O" by way of System integration Small Alphabet letter L=ONE and 50=VO
encodes 4001 as exist A Dam of O of 4th letter "D" the Next O=OWE Zero Capture
of VO Codes OttO = OEEO or OVVO = Alphabet ARES Son of Zeus Code
information encodes 345 Park Avenue Assessinate before terminate integrates
Motel 6 Combines Sixth letter F No Burial Capture of Greece Espionage Profits of
War C, D, E Alphabet letter mean OE assessinate Park = tree = log of Death = 20th
letter (t) Garfield assassination 20th President and Combines Code 20th letter OTTO
Double you information herewith "Enclosure" integrates ARES Gob of War Alphabet series
20th letter (t) precedes U, V, and "W" merging EEE, OOO and Omega within 24th letter
X fixed points assessinate before Captured by legal Powers intended for moral Germanic
society by United States professed claim of Justice Secretly Combines 345 Park Avenue and Code
word B Embassador Hotel within Alphabet 3rd, 4th, and Fifth letter C D E = OE assessinate witness
unifies ill = ill Spells No of W and K Combines Spelling know N=O premise designed of spy's
reason Combines Embassy pronounced M B, C Alphabet message 2nd letter B exist one and three
-3 the information 13th letter M = 2nd letter B and One three = VO and trace OttO within
i VVO Double You reversed W = M Alphabet serves Series A, B, C, D = V, VO GD = O Series
V=O, O-OE = OEEO assessinate Code of OttO pierce message of Legal powers: OVVO = OOO

20th 21st Defendant Motel 6 part 3
exist Greece encodes 000 prevents Greece escape through espionage secretly leading
Germanic Populvous seemingly having Moral Germanic justice encoded justice i do in just
I see E assassination message triple E Combines merger linguistics information Code
words letters SEA and SEE Combines pronounced Embassy M, B, C of Omega A, B, C
V, VO SEE A Dam of "O" = A, B, C, D and E = OOO E of OTTO = OEEO unifies SEA 3rd
letter "C" pierce by assassination before legal powers are captured by moral Germanic Society
legal prosecution Combines Park Avenue and 345 Alphabet message ARES God
Park to trees and the log of tree exist 20th letter (t) Alphabet message ARES God
of war Series (t), U, V, W, and fixed Point 24th letter X unifies 24 letter Omega
with numerology 2 and 4 encodes 2nd letter B as exist VO and trace M, and W
create OO Good and Evil grave of Greece Espionage assassinate before
terminate Spells Code letters SEA by way of Code letters Spelling assassinate
Emission = E = i, and A = A Dam of evidence to prosecute Encodes ARE E's of pronounced
ARES Combines log of Death Cross to inference known Knowledge the "O" log
E into See OE OTTO Death by fifth letter triple E burial
Burial Codes, C, D, and E into See OE OTTO Death by fifth letter triple E burial
Code hidden Espionage of Greece Attempt to justify Conduct 911 i Dose the illegal means to
Secretly Conduct the National legal Case prepared to engage Espionage usage of extortion
Encodes fifth letter E and 24th letter X Spelling Ex-tortion /Ex-tort occupy United States
by an Enemy Greece/Arab Espionage English linguistics Alphabet mill "E" tear "E" forging Sixth
letter "F" merges J, F, K 911 United States Concealed Espionage Forces Secretly stop legal powers
encodes assassinate A-8, A-8, 10 we 8 of th, H, ARES and (t), U, V, W, X, why, Zeus as exist
Vietnam Operation "Plan" bulk of tonkin 34 A = trace A Dam of OE OTTO OE OEEO
USS maddox Codes Death of JFK and Claimed Diem into United States History as exist
4001 international parkway premises motel 6 Designated 4001 Park Avenue "E" assassinate Code of
Zero Capture = 01 into 4001 address Combines 345 Park Avenue C, D, = O, and E = assassinate = OE
M, B, C pronounced Embassy 3rd 4th, and Fifth letters Combine Alphabets from Greece
of SEA letters E A and SS = S = th and H letters Combine meaning of fear encodes EYE as cry and
Espionage Creation of cryptology 000 hidden meaning Sixth letter integrates Sixth letter E into
pronounced (i) assassination code letter reversed. F sixth E letters of Soldiers Burial and prose-
NO Proof Profits of War stops Code word SEE two E letters of Soldiers Burial and prose- component part of
ite encodes Phoenicia whole E as exist "F" No Burial merges First Combo Germanic Soldiers 2nd
V is the first "V" Combines pierce of E "Establishes the code Burial O E germanic Soldiers 2nd hidden Con-
Being Concealed part of Assassination by method of Greece hidden Organized crime hidden Con-
ituent Factor Combine mythology literary Contextual Facts Secretly disguise the Contuation of a
Seemingly legal course of Action as exist linguistic Code Word Achieve Decrypted first letter A
pelling Achieve means A Dam of pierce for treason then "Ch" means see A Dam of Dose
encodes Assassinate ill 911 Codes of Alphabet Series Combines ninth letter (i) as ill = i DOSE-11
the EVE encodes first E = assassinate Second E encodes legal powers prosecute organized
Espionage Crimes and middle letter "V" encodes pierce of Double you 23rd letter written
two "V" letters Combines trace triple E the Burial with Germanic Soldiers = OV Con-
piracy Combines Greece Achieves by method of assassinate Combines Emission Symbolic of (i)
missouri = miss-our-i ninth letter (i) into assassinate Combines Emission Symbolic of (i)
illegal killing of Witness as exist Suffix Achieve encodes triple E assassinate before
legal power prosecute Greece tomb of unknown Soldiers

John Defendant   Motel 6   Sixth page (6)
21st

is third third "E" of legal powers Capture Code Arab = ARE "O" A, B = V, VO = V V = O
and then O = OOO Captured Reseed Greece Alphabet messaging system warfare
mill E tear E into "E" Spells Phoenicia as exist FOE = No pierce by legal Power
and Greece assassinates = OE Alphabet Code No Prosecution of Evil Greece
tomb of unknown Soldiers is third E pierce Foe Premises designated to Germanic
National Leadership unifies Phoenica Alphabet Series End Point "Z" = Zeus and Son
ARE merges Greece mythology Universe = VO, Verse of Greece Gods origin
FOE Sixth letter "F" No Facts of Burial by Omission and Emission ninth letter
(i) produces message OEEO Code state 911 legal powers is "O" mission = Omission of Facts
is Code Word Cryptology's Rip and tear meaning Cry and hidden the "O" Log of Death or
Greece assassinates Heads of State Alphabet Code j FK meaning ROE/Row Alphabet
Code, and F = No Captured Cause of Action and 11th letter K = Representative went
for immunity (A point to well as poison fusion when Breathing combines Fusion
of Food = AtE = 8) when assassinate occurs OttO becomes OEFO and Not OVVO
of Food = AtE = 8) when assassinate occurs OttO becomes OEFO and Not OVVO
Legal powers Find Omega and X End point letter "Z" = Why = Zeus as Greece
Did Code 345 Park Avenue Manhatten integrates Hell's Kitchen and Hell's Gate
into idiom assassinate of ass and pairing A-8, A-8, I OWE 8 unifies AtE and 9th
letter th and Hill 911 with is ARE S = ARE "S" = SS Alphabet Series 20th letter (t)
to 8th letter th and Zeus End Point of Alphabet information creates Cryptology
Code pairing to origin Profits of War within 4001 International Parkway
Carrollton texas Combines Zip Code 75007 into Seventh letter small "g" First and S being
pierce for treason unifies suffix 007, Zip Code 75007 exist Capital letter "G"
Alphabet Series Open Gate of Greece Symbolic message tomb of unknown Soldier
then would be closed escape when Caught Profits of War exist Burial of Greece
Organized Crime Captured intelligence written Cryptology of Espionage hidden
Communications exist premise Zip Code 75007 unifies 000 written into Carrollton east
Espionage Cryptology See ARE "O" ARE "O" "O" VO, VO OO Combines 8 O's of AtE Stops 007
Suffix and pierce of Emission keeps open gate of brave Greece tomb Code No Attacks
of unknown Soldiers encodes motel 6 into Alphabet Sixth letter "F" No burial of
Greece Espionage profits of war 14th letter N = O End Point Omega encodes spelling
2nd = E = O, N = O, D = A Dam of "O" No Capture by assassinate witness of information
written Cryptology, OOO End point Capture Profits of War = Code X = tort Spelled by
code Extort Cause of Action Burial of Germanic Soldiers unifies A, B, C, D-E
within M, B, C, Pronounced Embassy Combines SEE and SEA = 8-EE, AtE-EA
Spells third letter "C" into legal powers = SEE, illegal powers = SEA, Season = Zeus
Reigns of Evil Stop moral Justice unifies Rains, Reins, Bridal and Bridle usage
to stop motions = motel 6 premises within Stalking through illegal Cause
of Action encodes paired Peter G. Peterson and Stephen Schwartzman idiom
war into crete Spells Peter = Pierce of EtE are "O" Code of War,

did the following to me (*briefly state what each defendant named above did*): M&t Bank Produced the discharge of my right to access banking as exist Communications Knowledge of Cryptographically explaining the hidden Meaning of linguistics integration into history Secretly produced the discharge as concealed evidence and as exist Espionage Can not received Money From the treasury Department Combines M&t bank Officially removes me From banking services as regards my communication of illicit informotn Knowledge of Espionge fact as News crimes Stories unifios immunity from arrest determine Correctly Cause of Action merges unlawful means against State Representatives Descend National Legal powers under the Espionage force of extortion crime News Stories illegal Killings to originate

The federal basis for this claim is: _____

_____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:*

_____

_____

_____

**B. SECOND CLAIM:** On (*date of the incident*)   21st   2008-2012 ,

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____
the Black Stone Group   Rob Palleschi   CEO

_____

did the following to me (*briefly state what each defendant named above did*): Red Roof inn 146 Maple Dr. Bowmansv Bowmansville, N.Y. 14026, 42 Flint Rd Red Roof inn Amherst N.Y. and Red Roof inn 5370 Camp Rd Hamberg Secretly describe corruption Attrition appearance of Stalking me Officially Combines paired experiences as exist I must leave a place of Housing by method of Cryptographic condition conceal Situation of opposition Combined the Course of Action too Organized 911 immunity Operations under Cover Settings recognized experiences forth an extortion Attrition Combines experience in state of Florida Espionage pairing Method

The federal basis for this claim is: of Stalking me Cryptographically merges experiences throng Collective grouping of people and Combines Sets of information origin Source Greece Espionoge
State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:* Continue Separate page

_____

_____

_____

If you have additional claims, use the above format to set them out on additional sheets of paper.

Defendant(s): _____

_____

2.  Court (if federal court, name the district; if state court, name the county): *Erie*

_____

3.  Docket or Index Number: *17 CV 1245  Never heard evidence in court*

4.  Name of Judge to whom case was assigned: _____

5.  The approximate date the action was filed: *Oct 29, 2017*

6.  What was the disposition of the case?

    Is it still pending?  Yes ☐  No ☐

    If not, give the approximate date it was resolved. *Never allowed to present*

    Disposition (check those statements which apply):  *Case–Did Notify Defendant Ft.*

    *Hood Texas*

    ☐ Dismissed (check the statement which indicates why it was dismissed):

        ☐  By court *sua sponte* as frivolous, malicious or for failing to state a claim
           upon which relief can be granted;

        ☐  By court for failure to prosecute, pay filing fee or otherwise respond to a
           court order;

        ☐  By court due to your voluntary withdrawal of claim;

    ☐ Judgment upon motion or after trial entered for

        ☐ plaintiff

        ☐ defendant.

---

### 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action.  You **must** include a statement of the facts which you believe support each of your claims.  In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief."  "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted.  Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial."  Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

**A.  FIRST CLAIM:**  On (*date of the incident*)  *See Attached Sheets* ,

defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) _____

_____

_____

3

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION   NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff:_____

Present Address:_____

_____

Name of Second Plaintiff:_____

Present Address:_____

_____

**DEFENDANT'S INFORMATION   NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant:_____

Official Position of Defendant (if relevant):_____

Address of Defendant:_____

_____

Name of Second Defendant:_____

Official Position of Defendant (if relevant):_____

Address of Defendant:_____

_____

Name of Third Defendant:_____

Official Position of Defendant (if relevant):_____

Address of Defendant:_____

_____

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

**A.**   Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?

Yes [ ]   No [X]   Never had a Court Date

<u>If Yes, complete the next section</u>. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.   Name(s) of the parties to this other lawsuit:

Plaintiff(s):   Fort Hood tx. General Robert Kone and Milley as Wellas United States Federal Court 2 Niagara Square

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: KEVIN P. Smith  073568863 SS DOb 5-5-60

Present Address: _____

_____

Name of Second Plaintiff: N/A

Present Address: _____

_____

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Sherwin Williams Corporate Headquarters

Official Position of Defendant (if relevant): John G Morikis President CEO

Address of Defendant: 101 W. Prospect AVENUE N.W Cleveland Ohio
44115 (216) 566 2000

Name of Second Defendant: V. Daniel Robinson

Official Position of Defendant (if relevant): CEO New York Central Mutual

Address of Defendant: 1899 Central Plaza East
Edmeston NEW YORK 13335

Name of Third Defendant: Sherry Reich Sollecito

Official Position of Defendant (if relevant): Claims Examiner II

Address of Defendant: 1899 Central Plaza East
Edmeston NEW YORK 13335

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.    Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?

Yes_____  No_____

If Yes. complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

Plaintiff(s): _____

_____

### 3. PARTIES TO THIS ACTION

<u>PLAINTIFF'S INFORMATION</u>  **NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff:_____

Present Address:_____
_____
_____

Name of Second Plaintiff:_____

Present Address:_____
_____

<u>DEFENDANT'S INFORMATION</u>  **NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of ~~First~~ *Fourth* Defendant:___Steven A Kandarian___

Official Position of Defendant (if relevant):__Chief Executive officer metropolitan life__

Address of Defendant:___200 Park Avenue___
___Manhattan New York 10166___

Name of ~~Second~~ *Fifth* Defendant:___Matthew Mead___

Official Position of Defendant (if relevant):__Governor__

Address of Defendant:___2323 Carey Avenue___
___Cheyenne Wyoming 82002___

Name of ~~Third~~ *6th* Defendant:___Allen Joseph Fish___

Official Position of Defendant (if relevant):__Federal Judge Dallas texas__

Address of Defendant:___1100 Commerce street Room 1452___
___Dallas Texas 75242___

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?

Yes_____ No_____

<u>If Yes, complete the next section.</u> NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:

Plaintiff(s):_____
_____

2

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** **NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff:

Present Address:

Name of Second Plaintiff:

Present Address:

**DEFENDANT'S INFORMATION** **NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of First 7th Defendant: _Andrew Cuomo_

Official Position of Defendant (if relevant): _Governor New York State_

Address of Defendant: _E-Z Pass Correspondance New York State thruway tolls Department P.O. Box 15187 Albany N.Y. 12212-5787_

Name of Second 8th Defendant: _Chrysler Group LLC FCA North America Holdings LLC_

Official Position of Defendant (if relevant): _Michael Manley CEO_

Address of Defendant: _1000 Chrysler Drive Auburn Hills, MI, 48326_

Name of Third 9th Defendant: _Volkswagen Group of America_

Official Position of Defendant (if relevant): _Scott Keogh CEO / Henrich J. woebcken_

Address of Defendant: _2200 Ferdinand Porche Drive Herndon, Virginia 20171_

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.      Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**

Yes_____ No_____

*If Yes, complete the next section.* **NOTE:** *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.      Name(s) of the parties to this other lawsuit:

Plaintiff(s):

## 3. PARTIES TO THIS ACTION

PLAINTIFF'S INFORMATION  NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: _____

Present Address: _____

_____

Name of Second Plaintiff: _____

Present Address: _____

_____

DEFENDANT'S INFORMATION  NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of ~~First~~ 16th Defendant: Home Depot

Official Position of Defendant (if relevant): Crieg menear CEO

Address of Defendant: 2455 Paces Ferry Road, North West
Atlanta Georgia 30339-4024

Name of ~~Second~~ 11th Defendant: Lowell C McAdams (Verizon Communication)

Official Position of Defendant (if relevant): President

Address of Defendant: Verizon Communications Headquarters
140 West Street Manhattan New York 10007

Name of ~~Third~~ 12th Defendant: Strollo Family Matthew Strollo (Tom milholland)

Official Position of Defendant (if relevant): Owners/milholland Sales manager

Address of Defendant: RV One 1700 Southwestern Blvd
West Seneca, New York 14224

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.   Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?

       Yes____   No____

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.   Name(s) of the parties to this other lawsuit:

       Plaintiff(s): _____

       _____

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff:

Present Address:

Name of Second Plaintiff:

Present Address:

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Kimberly Clark Scott tissues toliet LLC

Official Position of Defendant (if relevant): Michael HSU/SVE

Address of Defendant: Kimberly Clark Corporation
401 N. Lake Street Neenah Wisconsin 54957

Name of Second Defendant: Chrysler Capital Santander = President

Official Position of Defendant (if relevant): michael Manley CEO Richard morrin

Address of Defendant: Dodge/Chrysler Corporation (Capital-Chrysler)
1000 Chrysler Drive Auburn Mills michigan 48326

Name of Third Defendant: Hunt Real Estate Corporate

Official Position of Defendant (if relevant): Peter F Hunt CEO

Address of Defendant: Hunt Real Estate 430 Dick Road
Depew New York 14043

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.   Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?

Yes____   No____

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.   Name(s) of the parties to this other lawsuit:

Plaintiff(s):

### 3. PARTIES TO THIS ACTION

<u>PLAINTIFF'S INFORMATION</u>  NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: _____

Present Address: _____

_____

Name of Second Plaintiff: _____

Present Address: _____

_____

<u>DEFENDANT'S INFORMATION</u>  NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of ~~First~~ 16th Defendant: *Florida Governor Ron DeSantis   Cause of Action*

Official Position of Defendant (if relevant): *Removed Scott Israel From office (case)*

Address of Defendant: *State Capital 400Simon roe street*

*tallahassee Florida 32399-0001     850 717 9337*

Name of ~~Second~~ 17th Defendant: *Social Security office Florida tallahassee*

Official Position of Defendant (if relevant): *Nancy Berryhill  Commissioner*

Address of Defendant: *2002 old St Augustine Rd*

*tallahassee Florida 32301*

Name of ~~Third~~ 18th Defendant: *Greg Testa*

Official Position of Defendant (if relevant): *Chief of Police*

Address of Defendant: *1805 ~~Pooza Ali street~~ 33rd Street*

*Boulder Colorado 80301*

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.   Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**

Yes_____   No_____

<u>If Yes. complete the next section</u>.  NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.   Name(s) of the parties to this other lawsuit:

Plaintiff(s): _____

_____

2

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION**  NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff:_____

Present Address:_____

_____

Name of Second Plaintiff:_____

Present Address:_____

_____

**DEFENDANT'S INFORMATION**  NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of ~~First~~ 19th Defendant:  M&t Bank Headquarters Manufacturer trader and trust Bank

Official Position of Defendant (if relevant):  Rene F. Jones  M&t Bank

Address of Defendant:  M&t Plaza  Former  2 East Swan Street Buffalo N.Y.  Buffalo New York 14203

Name of ~~Second~~ 20th Defendant:  Red Roof Inn Corporate Office

Official Position of Defendant (if relevant):  Andrew Alexander CEO - Jan 18 2011 made President

Address of Defendant:  7815 Walton Parkway  New Albany, Ohio 43054

Name of ~~Third~~ 21st Defendant:  Motel 6  Peter George Peterson  BlackStone

Official Position of Defendant (if relevant):  Rob Palleschi  Stephen A Schwartzman

Address of Defendant:  ~~Group~~ Corporate office motel 6 Address 4001 International  Parkway Carrolton, texas 75007  Headquarters  345 Park Avenue Manhattan N.Y.

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.   Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**

        Yes_____   No_____

If Yes, complete the next section.  NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.   Name(s) of the parties to this other lawsuit:

        Plaintiff(s):_____

        _____

william & mary
757 2214000

## 3. PARTIES TO THIS ACTION

<u>PLAINTIFF'S INFORMATION</u>  NOTE:  *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff:_____

Present Address:_____

_____

Name of Second Plaintiff:_____

Present Address:_____

_____

<u>DEFENDANT'S INFORMATION</u>  NOTE:  *To list additional defendants, use this format on another sheet of paper.*

Name of ~~First~~ 22nd Defendant: Lori Dispenza

Official Position of Defendant (if relevant): Veterans Benefits Advisor

Address of Defendant: 6100 South Park Avenue Upper level
Hamburg New York 14075    716 6496111 ext 2388

Name of ~~Second~~ 23rd Defendant: Buffalo General Hospital Kaleida    Chief Operating COOfficer

Official Position of Defendant (if relevant): Jody L. Lomeo President and CEO Donald Boyd

Address of Defendant: Corporate office 100 High Street
Buffalo New York 14203  716 859-5600

Name of ~~Third~~ 24th Defendant: Robert Gates

Official Position of Defendant (if relevant): Secretary of Defense

Address of Defendant: P.O. Box 8795    Chancellor of College
William and mary  Williamsberg Virginia 23187

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.    Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**

          Yes____  No____

<u>If Yes, complete the next section.</u>  NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

      Plaintiff(s):_____

      _____

2

### 3. PARTIES TO THIS ACTION

<u>PLAINTIFF'S INFORMATION</u>  NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: _____

Present Address: _____

_____

Name of Second Plaintiff: _____

Present Address: _____

_____

<u>DEFENDANT'S INFORMATION</u>  NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: 25th  *Dallas Cowboys Football organization*

Official Position of Defendant (if relevant): *Media Press General manager*

Address of Defendant: *One Cowboys Parkway*

*Irving texas 75063*

Name of Second Defendant: 26th  *Williamsville Central Schools*

Official Position of Defendant (if relevant): *Superintendent Howard Smith*

Address of Defendant: *105 Casey Road*

*East Amherst, New York 14051*

Name of Third Defendant: 27th  *Richard V. Spencer*

Official Position of Defendant (if relevant): *Secretary of Navy*

Address of Defendant: *Office of Secretary of Navy*

*1000 Navy Pentagon, Room 4D652*

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?

Yes____  No____

<u>If Yes, complete the next section.</u>  NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:

Plaintiff(s): _____

_____

8th Defendant (2)

19th From a Cryptographic Source intergrate Spell Universe Numerology message system not
Reigns of Zeus by method of Alphabet letters Series unifies Numerology message system not
Greece Gods within Spelling Won merges uni into one pronounced Won by system
Of verse intergrates within Rains, Reins, and Reigns combines, letters A = 1, E = 5, and
G = 7 merging ARES God of War into Reigns of State births and Alphabet code unifies
Descenders Secretly Descend National legal powers under the Force of extortion as to
lower National State Powers place in Rank throws loss of Legal Support encodes 911
Numerology alternation merges letters hidden meanings I seek immunity combines
an individual's Combined 13th letter "M" into Doublyou statement "NO" of W: Alphabet Enciphe
Intergrates letter M & t bank encodes State Representative extorted to a lower
Position of State legal powers by method 20th letter (t) logo Cross inference
responsible for Germanic Soldiers Deaths having obligation to preserve life through
legal Control of military forces Unifies m & t Bank origin Buffalo N.Y., Joseph Elliott 100 acres
Swan and Eagle streets, Holland Company/manhattan, Shelton Square/shial, and onondaga integrates
Washington St. and Jacob S. OTTO Combines Code Elliott idiom otto into m & t Alphabet Cryptology
merging Jefferson into third letter "C" encryption 3,00, are "O" son encodes loss of legal powers
Support of United States to Greece espionage forces positions State Representative to a lower
position as east English linguistics encode Word "Cleave" into English linguistics thru letter
"C" spells see "leave" by way premise OWE for treason State Representative leaves out facts
of Duty as east Alphabet Series encodes ARES Combined ARE "s" with ss the 20th letter (t)
log/record of Death, U, V, and W create hidden Alphabet Series of Univers merging Double
YOU unifies treason into 21st letter U the 22nd letter V Alphabet merging message 2-2, Dos
and two within too encodes 21st letter you Not permitted Cause of Action unifies
Dos and Dose 911 integrates i Dose = ill Secretly Combines Omega 24th letter into 24th
letter X fixed two points meaning illegal Killings Combines Code paired information assassinate
merges Alphabet into United States Presidents' integration Grover Cleveland within See leave
Spelling "cleave" pronounced Cleveland - Cleve - land = Espionage of Greece "Profits of War"
22nd letter and 22nd President and 24th President Unifies Greece information 24th letter
and Numerology Combines Dos = 911 = Dose = ill illegal Killings integrates Second 2 of 22nd letter
two legal power to prosecute organized crime Evil Profits of Civil War Combines Alphabet
Descender g, j, p, p, and y unifies Cede of United States legal Powers Descend in Rank through
extortion encodes m & t traders and trust Co. within Greece espionage Profits of War termed
Pierce for treason combines 20th letter (t) Cross of inference the log of Death (the O log) unifies
Code word "Cryptology" tear of Rip information idiom cry of Omission "Cause of Action" Combines Endpoint
Soldiers life and hidden premise record merges i idiom log spelling Cryptology Combines Endpoint
Alphabet omega and "z" East 24th letter Omega and 24th letter X fixed point of illegal
Killings to assassinate before legal powers prosecute For Espionage War Level Evil (Read submitted
3net)

M t origin otto Death message integrates Greece literature/writings Combined
Alphabet information 23rd letter W unifies 14th H, and 15th letter "O" into 911 = ill
moreover lake Erie and Ontario Combine message Ear - E
Decrypted O are O = OWE are "O" = OE = Owe are OE - OTTO record
OEEO Combines illegal Cause of Death

Rene F. Jones Chairman of the Board
Richard Gold President
Kevin J. Pearson Vice Chairman
Darren King Executive Vice Presiden CFO

First Empire State Corporation    unifies Spelling Eri as
EAST Eare O merges thru i and E of Erie Combines
Emission with E and i Symbolic Emission letter (i) = death
unifies Spelling Ontario = OU tear E - i OWE = spy - F = Phoe
Phoenicia whole E    foe
assassinate log of Death

20th Defendant

Red Roof inn

did the following to me (*briefly state what each defendant named above did*): the United States interior forces of international Espionage Secretly Combines information into English linguistics called cryptology as Exist information ARE "O" VB Alphabet Conspiracy aligned letters Series merge "Arab" Concealed immunity of Arrest Cause of Action 911 alternating letters and Numbers Spelling "ill = i Dose" Anti bi Knowledgeable language integrates (U.S. = You 8) Police reduxing (Re-deuce = 2 = Cryptology = pairing = origin) effectiveness of sustained invest-igative progress with legal actions protecting civil Rights "Due Process" to protect and prosecute for freedom an organized crime Sustained attack against true Justice Combines Motel 6 Secretly used

The federal basis for this claim is: Espionage Operation to remove me From housing et My Stay with them Motel 6 @Lancaster N.Y. and Williamsville N.Y. (Amherst N.Y. = Askey - Ask "E" ) Combines the

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:*

_____

_____

_____

**B. SECOND CLAIM:** On (*date of the incident*) _____.

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

_____

did the following to me (*briefly state what each defendant named above did*): _____

_____

_____

_____

_____

_____

The federal basis for this claim is: _____

_____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:*

_____

_____

_____

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

14th Defendant Passed 20th Defendant 19th Defendant
Greece Espionage ARES encode Assassinate A-8, A-8 owe 8 paired AtE too
Suffix Assassinate Combines 19th letter "S" to ARE "S" encodes Copula SS into 8
affirms "Seven" make "s" even merges ASS within A 8 integrates "th" Greece Alpha
but th and 20th letter(t) unifies 8th letter "t" and H Alphabets 8th letters A
Dam of DOS 911 Code it! I Dose An immunity of Arrest with Assassinate
ASS = A-8 A Dam of pierce for treason Combines ARES then 20th letter
(t) log of Death U, V, and W pronounced Double You between "Not"
Good but Greece Evil Profits of War encodes First Alphabet letter A
within ASS = A 8 information A Dam to Stop evidence from prosecution of
mural Germanic Society's protection of evil produced Code OttO record
O € Double you Representative Combines ARES as exist ARE Ö'S, ARE Ë'S
ARE "S" = SS = 8 = Seven = Crete = G, and 9 Combines OVVO = VV = OOO
Encoding A, B, C, D, and E OEEO by method V, VO, C D = OO-OE Burial
Code written Cryptographically into Sixth letter F Whole E exist F written
16th letter P and reversed P encodes handwritten 9 and ninth letter (i) Emission
fusion poison of ate United pierce by system Cryptographic assassinate Combined
Emission Ejacutation Sexual extortion and No of W = Spy integrate pierce unify's
fourth letter "D" and third letter "C" encodes SEE A Dam of OE OttO Death Code
Spell SEE and SEA integrates Assassinate Code A-8 = SS = log of Death U, V, W
See a Dam of O as Exist E&A Combine A Dam of pierce = VV = O = SEA
as SO merges SOW and Sew of assassinate Combines Spelling Code OWE
Burial message "O" for treason Exist Burial letter "O" and "E" first V "letter of
23rd letter "W" Combines Burial of Germanic Soldiers High low Grave and Burial
small slash E and Emission assassination Suffix Assassinate Spells SEA and
Combines Sea "SOW" of Ate integrates spell SEE with SEW put together first
"V" of 23rd letter Combines first V "letter of W as Burial letter E encodes Sixth
letter F Non Burial of State Representatives Cede of State to organized effort
encodes Spelling of € Root as exis extortion Sixth letter F and meaning of "R "as
ARE "O" Combines Spelling Root = OOO omega the F Represents Cede
of State Conspiracy of Blood = Red Roof I NN (I NN = I OWE O = N)
P = pierce  A Dam of knowledge ARE OK
7815 Walton parkway = Espionage promise information Seven/Crete and 15th letter
"O"= grave EO = Wall = Emission of Paint assassination Fusion Gas Poison-ton = 2000
pounds = want = Omission of Emission Code = Walton    AtE - illegal murder
8 = See 8-A    AtE - 8 - Ocho = OOO = Omega = X = fixed point two "V"
K = DOS-K = two  Parks = log of Death - Greenery = trees  letter means = illegal Caused Death

Premise Definition: Logic

i. A previous statement or proposition from which another is inferred or follows as a conclusion

2. the part of a deed or lease that states the parties involved, the property in conveyance and other pertinent facts

a. the property so mentioned/address

The address of the defendant combines the statement previously achieved through Code information Red Roof Decrypted matters includes an intelligence discription 3rd Dimensional Knowledgeable Contextual facts integration literary origin that trace by way of premise's Combine preceding meaning as exist literary is secretly observed to create properties it's part of commuvication do not include the knowledgeable definitions within individuals of integrative levels and Not of complex Contextual facts Concealed information as idiom message System of Universe Combines One = VO and Verse unifies Greek Gods concealed literary origin within designated Verse's of applied illicit premises as exist no organization to solve adverse Cryptographic literary origin without experience encodes paired, trace, and combine as concealed idiom adverse hidden meanings' A Dam of O" add verse to the Double You pronounced Alphabet Series 23rd letter Combines tomb of "N" = O merges premises Unknown Soldier Greece Espionage integration 14th letter of treason as east grave of Germanic Soldiers Combines premise Code 911 = ill unified Antibiotice integrates Espionage intention to conceal methodology pair the trace of origin to universe Greece mythology Zeus and ARES 18th, 19, th, and 26th letters of English Alp h b bet encodes information Espionage premise into Red Roof Inn numerology address 7815 "5th letter "O" and Seven merges ARES and "S" into number 8 pronounced Crete as exist See 8-A integrates Code word Walton within Emission code See(i) ETE ninth letter (i) encodes 911 alternation ill i Nose immunity from arrest by method of Assessmo before legal power can prosecute Greece organized crime linjustics usege merges Walton eleventh letter "K" within Code information A Dam of Dos 8th letter "H" unit 11th letter = 2 = Dos = ill 911 merges 4th letter D with A Dam of O" by System of Alphabet series fifth letter E Combines 15th letter "O" into 23rd letter W pronounc Double you Statement "NO" 14th letter Combines 23rd letter written two "V" letter within lie, and N spells lien/Lean paired lines of N make VV = O = tomb of Greece Espionage Warfare Grave integrates Sulfer ton within Walton (Wall = K and Point to Emission poison in room) meaning wall and ton encodes wall Emission fusion Cause of Death Concealed illegal/Killing and ton Represents VO00 omega legal prosecution and wait pronounced weight = 2000 lbs as east State Representative waits to tell of premise that OWE for treason encodes Emp Empire of Greece Code Word Albany Encodes A Dam of evidence and prosecution of VO = spy = State Representative extorted Combines A and I spelling Albany merges ban = illegal to stop prosecution and Y = legal Prosecution of Espionage the idiom "Ban" also means to 2nd letter "B" of Alphabet series VO and trace conspiracy of Blood from treason premises designated to trap state representatives and then Spelling Ban the A and N = A Dam of O" tomb of Greece Unknown Soldier Not prosecuted for Espionage Profits of War

4th Defendant Case
20th

the previous Red Roof Selection Follows as a conclusion Named state of Ohio east
Greece OOO Omega 24th Alphabet information combines Ohio Selected State
Integrates Espionage United States powers of written premise unifies Zip Code 43054
Within Alphabet 4th letter D encodes A "Dam/stop" of "O" by method of Assassinate
Heads of State attempt to warn National Populous intentions for moral Germanic dignity and
true prosperity combines the Greece Profits of War into Ohio Code Name information OOO
high low Alphabet message 5th letter E unifies message Sixth letter F No bottom section
merges "No" Burial of Captures Germanic State Representitive designated Admission
Unifies "Statement" as intention admission integrates spelling Add MISSION of State
Representative treason Spells lieutenant = lie you tenant = OWE for treason as
ADD = A Dam of "O" Grave of Germanic Soldier as east Gulf of tonkin 34A = Oplan
Code to USS Maddox integrates Greece Suffix "OX" into Greece Not Captured tom.
of unknown Espionage Warfare code August 2, 1964 encodes ATE/8, and two-Dog Dose
Antibiotic Code Anti bi = Dos pronounced Dose 911 alternation Code of Greece Warfare
Combines Cryptology information Ohio into Germanic Soldiers Grave = "O", Next () encodes
Prosecution for treason Grave the tomb of Greece Espionage Unknown and "No Attack
Attacked and Greece escapes Attack Attrition Combines Definition loss and constant opposition
and presure brought against Germanic State Representative's Omission encode Ohio Zip Code
43054 with A Dam of "O" fourth letter D and trace = 3 = Tres pronounced, and then third
letter "C" Spells SEA and Codes SEE, one, two, three, uno, Dos, Tres, A, B, C encode #3
written 43054 within first 4 encodes one D, trace "O" and Fifth letter "E" merges
Pierce number 5 = V Roman numerology es Assassinate for the Dam of "O" Combines
last Number 4 into fourth letter "D" Alphabet series stops Alphabet message OOO
Omega Alphabet End Point 24th letter merges X into fixed Point of assassinate
witness before testimony of Evil Can be Captured codes integrate State of
Ohio with Greece Espionage Placement of Red Roof Inn at Ohio and Zip
Code 43054

14th Defendant

20th

create into existance as a concealed stalking resulting within paired organized sets produce subject memory origin having secret plans jointly communicating ambiguity statements as East Bay Pines Veterans Hospital September 2001 message from Campus Police "How's many People do you plan on telling that story to?" "If you say another word I'll put these Shiny Bracelets on you and take you to the 49th street jail" Secretly coordinates known translation example communication example's Separate Contextual facts marked by unified control of A Statement made by me 1995 "I'm Shiny Clean you can't touch me" Secretly merge all Espionage Cryptographic aspect of communication Production through Greece Cryptographic pairing through distribution memory integration separates Controlled individual Knowledge by method of Experience into a hidden funtioning unified whole Set of information intentionally separated from Public viewing an individuals Experience of an organized criminal act secretly produce plans of State Jointly within Espionage origin merges an illicit Communication tactic within Greece organized crime operation worldwide in the United States of America Concealing unlaw to results Combine the state of being harmed in which to Conceal Cryptographic Combination of "Recall" information available memory within organized crime Extortion theme integrates Stalking messaging system as East current usage of police powers Executive Department secretly assigned Alphabet Code 911 Selected i Dos=ill immunity information merger of Greece Alphabet Cryptology immunity of Arrest SPELLS military pronounced mid "E" "tear E" through Greece Espionage integration Cryptology word assassinate encoding ill ninth letter (i) creates Emission Example and Roman numeral 2 pronounced Dose Combines ode ill=i Dos/Dose unifies Antibiotic message system paired information traceable merging Anti Knowledge of "bi" code pair information as east two "v" letters create 14th letter N Pairing two lines and lien/lean as exist lie or go into grave Combines 23rd letter two V" letters pronounced Doubleyou statement NO encodes 15th letter "O" with N and W Creates NO of W Spelling Now merging 911 numerology alternation number and letter K 11th letter Spells Know by way of 23rd letter "W" with Code letter K as exist New information Known as Know and N Combines Spelling Known tomb of unknown Soldier Greece Espionage warfare Code Red Decrypted ARE OE A Dem of O" unified Capture of Know Spelling No of Double you Spies State Representatives Extorted by method as east 911 Attacks September 11th 2001 through Greece integration extort word assassinate message 48, A-8, 1 owe 8 Combines paired information i'll merges Roman 2 said Dose Combines ASS paired 2x information Antibiotic idiom Anti bi of Alphabet Code "O" Spells O WE merges Spelling Read Code ARE OE" A Dam of "O" integrats SI Red and ARES God of War merging ARE OE A dam of "O" Burial of State Representatives Combines James Monroe 5th President into Greece Alphabet merge Fifth letter "E" Spelling "ROE" Suffer of U.S. Combined Burial Code 7th letter G and forth letter D encodes July 4th Death of Monroe Burial Code fifth letter E and 15th letter "O" Combines one and five written 15 and letter "O" record Combines ARES, 20th letter (t) and 23rd letter W Creates Code from 8th letters th and H=A Dam "O" Combines Grove of Double you spy integrates Alphabets of Greece creation ARES-SS and 8 with 20th letter (t) Combines Alphabet Series Statement No to pierce for treason Ho record Greece Profits of War merges 5th letter E and O as exist 15th letter "O" Antibiotic message Anti bi paired origin log i see spell Antibiotic = two "U" lette

Ct=log of Death iC= i SEE✓ VV=Cop via O
ill= i=Dos Code=assassinate Anti bi=hide Put to setter VV=O

Defendant(s):_____

_____

2.   Court (if federal court, name the district; if state court, name the county):_____

_____

3.   Docket or Index Number:_____

4.   Name of Judge to whom case was assigned:_____

5.   The approximate date the action was filed:_____

6.   What was the disposition of the case?

       Is it still pending?  Yes____  No____

           If not, give the approximate date it was resolved._____

       Disposition (check those statements which apply):

      _____ Dismissed (check the statement which indicates why it was dismissed):

           ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

           ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

           ____ By court due to your voluntary withdrawal of claim;

      _____ Judgment upon motion or after trial entered for

           ____ plaintiff

           ____ defendant.

---

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action.  You **must** include a statement of the facts which you believe support each of your claims.  In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief."  "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted.  Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial."  Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

*i-1th*

A.  **FIRST CLAIM:**  On (*date of the incident*)  Fall 2009 Summer 2012                ,

defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) _____

Pete F. Hunt  CEO _____

_____

did the following to me (*briefly state what each defendant named above did*): By the legal process of Commerce to purchase property at 54 Casey Street Buffalo New York Hunt Real Estate 1911 Combines Espionage Attrition Code 911.5 and VO information origin "unfair" practice abusive powers to secretly Setting Sale of property as exist that Real Estate Concealing means through hidden organized Conditions Cause of Action in specified Way into "Not allows me to Retain Possession of Housing Collectively piece it hurtly designated based on reasoning merges Personal experience as Combines 5042 7th Ave N St. Pete Fl and 131 Kennedy Rd Cheektowaga NY unifies 7 years of Hotel's encased in target

The federal basis for this claim is: One Point Obstruction of Justice 911 Attacks September 11th 2001

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:
Institute legal proceedings 500 Million"

15th

B. SECOND CLAIM: On (*date of the incident*) 2012 Aug 2019
defendant (*give the name and (if relevant) position held of each defendant involved in this incident*)
Florida Governor Ronald DeSantis

did the following to me (*briefly state what each defendant named above did*): to define Espionage 911 messaging System integrates Beatty experience pairing Conditions unifies Cryptographic as end into final parts Finish Cross inference Stage of "Blame" Evokes English linguistic Spelling as exist Finish "idealition" I-ate A beam of Dos Combines Fin meanings Cause of Commerce Cause of Action merging Rose and Fin of Fish into A Beam of Evidence 6th letter F and F on a Spelling "m" "down Fin Codes English Cryptographic experience is complete in concealed detail arrived Conclusions in the Concealed Form of an official document without thorough investigation as rejects as an appointed person to the Florida

The federal basis for this claim is: Premise designated integration monroe unifies Code Word tallahassee a capture of Greece Cryptographic pleasures intelligence An Espionage hidden Cryptographic Cause of Action

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:
Completed prior to history being Past Point of time Specified with Greece mythology implode origin formed in English linguistics idiom interpretation written recently into Alphabet Letters combines Spelling military Mill E tour E unifies espionage Code term Fort Lauderdale into military trail as east Street Margate with Marjory Stoneman Douglas Completes 911 Merges idiom Define Land and Date into immensity

If you have additional claims, use the above format to set them out on additional sheets of paper.
of arrest Conspiracy Shortcuts at Marjory Stoneman Docks of Greece Espionage Combines Greece Cryptology attacks against Kevin Smith May 5 2005 Code 555-VVV-EEF-000 23rd letter W Conspiracy to assassinate witnesses at 5042 7th Ave N. St. Pete Fl Institute Legal Suit at 500 million

4

Defendant(s):_____

_____

2. Court (if federal court, name the district; if state court, name the county):_____

_____

3. Docket or Index Number:_____

4. Name of Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

      Is it still pending?  Yes____  No____

          If not, give the approximate date it was resolved._____

      Disposition (check those statements which apply):

      ____ Dismissed (check the statement which indicates why it was dismissed):

          ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

          ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

          ____ By court due to your voluntary withdrawal of claim;

      ____ Judgment upon motion or after trial entered for

          ____ plaintiff

          ____ defendant.

---

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action.  You **must** include a statement of the facts which you believe support each of your claims.  In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief."  "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted.  Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial."  Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

A. **FIRST CLAIM:** On (*date of the incident*) September 2001 16th

defendant (give the ***name and (if relevant) the position held* of *each defendant*** involved in this incident) _____

Nancy Berryhill Social Security tallahessee Florida Commissioner

3

did the following to me (*briefly state what each defendant named above did*): *the Climatic point of Extortion involving United States Social Security Office tallahassee Office hidden dependent active Attrition Combines 911 Attack experience merging September 2001 within Social Security Office in the Formel Department Veterans Affairs ophthamology Official Medical Report corresponding United States observed piece of Evidence information discription through displayed drawing recording origin of Sight malformation induced Cause within degeneration of Ophthalmic Nerves measurement representing Cause loss Sight Image deformation of origin Showing Cause Change of Organic Sight Shape of Eye by the*

The federal basis for this claim is: *Application of Force Physics degeneration being pronone of Scotoplasty Surgery 12-12-79 United States Naval Hospital Combines Social Security tallahassee Office Claim Not to have received*

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite **no cases or statutes***: *the VA Medical Report Sent by ME August 2001 as regards the Second Report Sent by me to the Social Security Office tallahassee Fl. Review Commit's Medical Reports illustration drawing of Eyes Shape For 911 Attack Climate years of concealed Stalking of ME varities United States Espoinage Cryptographic Communication combines Secret 911 Alphabet message assessing witness't through indexed if they code III-I 0651056 information Authentic to record with this code Authentic*

**B. SECOND CLAIM:** On (*date of the incident*) _____ *2012-2018*,

17th defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) *Gregory Testa Boulder Police Chief Colorado United States*

did the following to me (*briefly state what each defendant named above did*): *the practice of organized crime Cryptographically demonstrate Crime Stories Secretly details Jon Benet Ramsey's Flawed murder as exist Cryptology's Flawed Naming John and Patty merging "Net" being idea Naming Benet encodes means of Extortion a of Patty unifies Blame by method a of Codes "Net" communication and Cypher aligned Code "Test" within Named "Testa" includes unlawful Obstruction of Justice as regards Cryptographically instilled Demonstrative Evidence as exist Spelling Benet estate encodes Alphabet Seconds letter B: No trace 13th letter M=W Double you*

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:* _____

If you have additional claims, use the above format to set them out on additional sheets of paper.

4

Defendant(s):_____

_____

2.   Court (if federal court, name the district; if state court, name the county):_____

_____

3.   Docket or Index Number:_____

4.   Name of Judge to whom case was assigned:_____

5.   The approximate date the action was filed:_____

6.   What was the disposition of the case?

        Is it still pending? Yes____ No____

            If not, give the approximate date it was resolved._____

        Disposition (check those statements which apply):

        _____ Dismissed (check the statement which indicates why it was dismissed):

            ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

            ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

            ____ By court due to your voluntary withdrawal of claim;

        _____ Judgment upon motion or after trial entered for

            ____ plaintiff
            ____ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

Fed.R.Civ.P. 8(a) states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

Fed.R.Civ.P. 10(b) states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

*12th*

A. **FIRST CLAIM:** On (*date of the incident*) *July 2018 - And May 2018*,

defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) _____

*(from Mulholland) Strollo Family Matthew Strollo-Mark*

3

did the following to me (*briefly state what each defendant named above did*): the illicit Cause of Action by Securities integration of Commerce Combines Corporations Ownership into interaction Stalking persons seeking products of interest as a result the Combined ownership merging United States organized Crime Stalking entities harassment through disrespect integrating Stalking paired abuse within Sexual integration extortion abuse encoding linguistics exist "abuse" Decrypted within Brief provided the Federal Court Unifies word "Abuse" into Alphabet mill "E tear E" pronounced military encoding attack as exist the Stauile RV Company used Big "E" Building Material Not to provide Key to

The federal basis for this claim is: Trailer integrates Cause of life threaten intention within Big E Not to Provide Door entrance Exterior Door installation as required NO Key hole

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:* 500 million                    Unit was Contaminated/Broken

---

13th

B. **SECOND CLAIM:** On (*date of the incident*) July 2019 .

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*)

Kimberly Clark Corporation Michael HSU

did the following to me (*briefly state what each defendant named above did*): In aweprise aggressive force intended to damage Persons Health is Concealed for political reasons as exist Code Name See it Combined Spelling third Alphabet letter "C" with two S's in letters SEE and SEA merging of to Alphabet message ARES Zeus 18th letter R, S, T, and U, V, W into Death Code OTTO Double Ten pronounced 23rd letter combines ASSASSINATE message A-3, A-3, I owe 3 merging ATE within Scot tissues Irving Plano/Plan "O" as exist Vietnam Code Operation OPlan 34/A, Scotland and Prisoner Sabotage AState of time to which time has no Application of Espionage Concealed as its integration

The federal basis for this claim is: to the present Historical of existing in present English linguistic letter knowledgeable language OTTO Death Code information integrates message OTTO from within spell OWE as exist spelling BOE BOE and English Combines Chmissry that wipe tears Stated within Alphabet term ARES

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:* Gods ok was merges 18th letter R Spelling ARE by System of Code Word ASSASSINATE Combines Alphabet of Greece H-O, and H into legend Death Cross of inference 20th letter (+) Series U, V, W, x and why pierce for treason before Greece Assassinates    Instute legal Proceedings at 500 million

---

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

Defendant(s): _____

_____

2.  Court (if federal court, name the district; if state court, name the county): _____

_____

3.  Docket or Index Number: _____

4.  Name of Judge to whom case was assigned: _____

5.  The approximate date the action was filed: _____

6.  What was the disposition of the case?

Is it still pending?  Yes____  No____

If not, give the approximate date it was resolved. _____

Disposition (check those statements which apply):

____ Dismissed (check the statement which indicates why it was dismissed):

____ By court *sua sponte* as frivolous, malicious or for failing to state a claim
upon which relief can be granted;

____ By court for failure to prosecute, pay filing fee or otherwise respond to a
court order;

____ By court due to your voluntary withdrawal of claim;

____ Judgment upon motion or after trial entered for

____ plaintiff
____ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action.  You **must** include a statement of the facts which you believe support each of your claims.  In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief."  "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted.  Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial."  Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far as practicable to a single set of circumstances."

A. ~~FIRST~~ 10th CLAIM:  On *(date of the incident)* Oct 2015 - 2017 Home Depot ,
defendant *(give the **name and (if relevant) the position held** of **each defendant** involved in this incident)* _____
Greg megear CEO

did the following to me (*briefly state what each defendant named above did*): Home Depot did produce Prolonged cruel, unjust and illicit Controlling Conception into planned integration Communication unties 911 escape within Concealed activities Combines message System paired experience images Knowledgeable understanding current attention encodes intention within Opposition into the 911 attacks September 11th 2001 Combines opposition a "story" activity a Subject within recognized Cause of Action results in escape from Justice by System of Concealed Communications weaving away a efforts to fix house at 5012 7th Ave N. St. Pete Fl. and 131 kennedy christ...

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:*

500 Million

**B. SECOND CLAIM:** On (*date of the incident*) 1994 June, 11th

defendant (*give the <u>name and (if relevant) position held</u> of <u>each defendant</u> involved in this incident*)
Lowell C. McAdams (Verizon Communications) President

did the following to me (*briefly state what each defendant named above did*): the illicit Espionage Cause of Action to change my telephone number 1 813 323 3633 to 727 328 7727 Combining Suffixe "727" and area Code "727" integrates the Act of Stalking by Constant pairing occurrences through Concealed harassment and merging abuse into paired 911 attacks September 11th 2001 encoding 911 Emergency telephone number with Police involvement into Stalking results Combine 23rd Alphabet Letter "W" written two paired "V" Letters encodes Alphabet 5th letter "E" into triple "E" meaning Assassinate before Po-

The federal basis for this claim is: 7th letter G and g encodes escape from Justice organized "read reports" Secret crime

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:*

800 million

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

Defendant(s):_____

_____

2. Court (if federal court, name the district; if state court, name the county):_____

_____

3. Docket or Index Number:_____

4. Name of Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

    Is it still pending?  Yes_____ No_____

       If not, give the approximate date it was resolved._____

    Disposition (check those statements which apply):

    _____ Dismissed (check the statement which indicates why it was dismissed):

        _____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        _____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        _____ By court due to your voluntary withdrawal of claim;

    _____ Judgment upon motion or after trial entered for

        _____ plaintiff

        _____ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

A. FIRST CLAIM: On (*date of the incident*) _July 2018 lease Ram 1500 Chrysler Corp._

defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) _____

_Michael Manley CEO_

_1000 Chrysler Group LLC_

3

did the following to me (*briefly state what each defendant named above did*): *the Concealed Production*
*of Chemical toxing Emissions within Chrysler 300 2017 merging with Ford*
*Consumptions And discharge of issuing From an illicit espionage Source as exist*
*idiom Forensic demonstrative evidence "ion" Spelling Espionage Combines Fusion*
*of Sets information explained with Submitted Reports to United States Federal*
*Court Buffalo New york comprising a Secret Plan by system of breeze Espionage*
*attrition to Secretly conduct unlawful Cause of Action integrate Acts of War at*
*Fort Hood Texas plotting hidden conspiracy against me, as combines loss insurance, met life*

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:*

_____ *500 million* _____

---

*9th*

B. ~~SECOND~~ **CLAIM:** On (*date of the incident*) *2017 Volkswagen tiguan/2018 tiguan*,

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____
*Volkswagen Group of America*

did the following to me (*briefly state what each defendant named above did*): *the Chemical Process merging*
*Constituent elements to Secretly unite already existant to combine mixture into poisonous*
*Gas in which the component elements are separated process of Secretly mixing ion Fusion*
*Secretly releasing poison designed to Cause of Action resulting into degeneration of*
*Strength, loss of life as exist Volkswage Alphabet merges Small letter L within*
*VO, VO combine 11th letter "K" within Emission label Assassinate before Capture for*
*Espionage freedom merges 19th letter "S" with eight encode legal Power against Double you*

The federal basis for this claim is: *Spells "Volks" integrates Volkswagen OV Conspiracy of War*
*Second V of 23rd letter Combines X to V to W by method of OV Conspiracy V*

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:*

_____ *500 million in Damages* _____

---

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

Defendant(s): _____

_____

2.     Court (if federal court, name the district; if state court, name the county): _____

_____

3.     Docket or Index Number: _____

4.     Name of Judge to whom case was assigned: _____

5.     The approximate date the action was filed: _____

6.     What was the disposition of the case?

       Is it still pending?  Yes _____  No _____

         If not, give the approximate date it was resolved. _____

      Disposition (check those statements which apply):

       _____ Dismissed (check the statement which indicates why it was dismissed):

           _____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

           _____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

           _____ By court due to your voluntary withdrawal of claim;

       _____ Judgment upon motion or after trial entered for

           _____ plaintiff

           _____ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action.  You **must** include a statement of the facts which you believe support each of your claims.  In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted.  Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

A. ~~FIRST~~ 6th CLAIM:  On (date of the incident) _2012-2019_ ,

defendant (give the **name and (if relevant) the position held** of **each defendant** involved in this incident) _____

_Allan Joseph Fish Federal Judge Dallas texas_

_____

3

did the following to me (briefly state what each defendant named above did): A Secret illegal cooperation integration 911 Alphabet cryptographic meaning competing for legal Power thoroughly in United States Executive Departments merges Espionage objective for Concealed Superiority in United States legal Powers Combines 911 field of espionage activity profits of War integrates three Dimensional intelligence hidden From Moral German Societies interfering at Justice preeminence too Espionage. Cryptographic usage as east USS Maddox Gulf of tonkin Vietnam Encryption Operation Plan 34A Combines Oplan trace A Dawn of "O" merges A Dawn of Peace integrates Mill "E" tear "E" A,B,C,D, E and F

The federal basis for this claim is: title 18 USC Sec 241/ title 18 USC misdirection 2382

State briefly **exactly** what you want the Court to do for you. Make no legal arguments and cite no cases or statutes:

Suit against United States One Billion 500 million
My United State Army Commission "1985" Vignette General U.S. Army

7th

B. ~~SECOND~~ CLAIM: On (date of the incident) November 27, 2018

defendant (give the name and (if relevant) position held of each defendant involved in this incident)
New York State thruway EZ Pass correspondance N.Y. State thruway tolls
Andrew Cuomo Governor State of New York

did the following to me (briefly state what each defendant named above did): the United States Espionage integration "Cause of Actions" gradually reducing achieves Effectiveness to prosecute Espionage illicit Worldwide through concealed Sustained intermittent disrupting Systematic progression Functioning arrangement of investigative evidence integrates Espionage Sabotage as east Alphabet Codes E and alternation ill Combines Paired results 11 Codes DOS within Antibiotic merging anti "bi" "O" Knowledge Cause of Actions Combines Double you co often 23rd letter "W" unifies illicit action to create "NO" lanes available at toll Booth mile Strip had only Red X marks No Green

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. Make no legal arguments and cite no cases or statutes:

50 million Dollars  Failure to enforce protection of human ties
life long learning process against New York State Empire of Greece espionage

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

Defendant(s): _____

_____

2. Court (if federal court, name the district; if state court, name the county): _____

_____

3. Docket or Index Number: _____

4. Name of Judge to whom case was assigned: _____

5. The approximate date the action was filed: _____

6. What was the disposition of the case?

   Is it still pending? Yes____ No____

   If not, give the approximate date it was resolved. _____

   Disposition (check those statements which apply):

   _____ Dismissed (check the statement which indicates why it was dismissed):

   _____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

   _____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

   _____ By court due to your voluntary withdrawal of claim;

   _____ Judgment upon motion or after trial entered for

   ____ plaintiff

   ____ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

4th

A. FIRST CLAIM: On (*date of the incident*) ___June 18, 2018___

defendant (give the **name and (if relevant) the position held** of **each defendant** involved in this incident) _____,

Metropolitan life insurance   New York   Manhattan

Steven A. Kandarian

did the following to me (*briefly state what each defendant named above did*): the illicit action of Canceling life insurance term policy that was paid for through Electronic Banking arranged as exist planned loss of life coverage combines 911 Messaging System attrition limiting access of Commerce integrates creating Concealed Contact message of Death merges intent to hidden Cause of Action

_____

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:*
800 Million in Damages  200 million in Sufferance a secretly Concealed Absence of objection to life's meaning of intention with "will"

_____

FISA

**B. SECOND CLAIM:** On (*date of the incident*) 2011-2018

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) English Preacher Matthew Mead Governor of Wyoming - (Sermons of Matthew Mead 1629-1699 encodes within Why "O" ME pronounced Wyoming)

did the following to me (*briefly state what each defendant named above did*): As the Espionage course integrated descriptive linguistic evidence provides hidden Cryptology proof within a Seditous act against lawful administration of State Legal powers with concealed Cryptographic Historical Source within paired integration 911 message conspiring to Secretly disrupt the United States legal operation Set within Constitutional law on which Cryptographic Betrayal of United States Government policy integrated Espionage messaging system as exist English linguistic betrayal of Cryptographic numerology involves specific 911 illicit action merges Executive Department

The federal basis for this claim is: Providing aid to the Enemy of Greece Cryptographic origin integrates Mass Media Crime Stories put into hidden extortion Stories Combines Subjects ambiguity ill as exist paired Knowledge Peace = hidden immunity of arrest = "911 = ill" obstruction of justice

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:* title 18 USC 2382 misstreason / 2381 treason - title 18 USC Sec 241 "Deliverance through the Action of Oppression" obstruction of Justice

_____

If you have additional claims, use the above format to set them out on additional sheets of paper.

_____

Defendant(s): _____

_____

2.   Court (if federal court, name the district: if state court, name the county): _____

_____

3.   Docket or Index Number: _____

4.   Name of Judge to whom case was assigned: _____

5.   The approximate date the action was filed: _____

6.   What was the disposition of the case?

Is it still pending?  Yes____  No____

If not, give the approximate date it was resolved. _____

Disposition (check those statements which apply):

_____ Dismissed (check the statement which indicates why it was dismissed):

____   By court *sua sponte* as frivolous, malicious or for failing to state a claim
upon which relief can be granted;

____   By court for failure to prosecute, pay filing fee or otherwise respond to a
court order;

____   By court due to your voluntary withdrawal of claim;

____ Judgment upon motion or after trial entered for

____ plaintiff
____ defendant.

## 5.  STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action.  You **must** include a statement of the facts which you believe support each of your claims.  In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief."  "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted.  Fair notice is that which will enable the adverse party to answer and prepare for trial. allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial."  Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

A.  FIRST CLAIM:  On (*date of the incident*)  November - December 2017

defendant (*give the **name and (if relevant) the position held** of each defendant involved in this incident*) Patriot Act 2001
Sherwin Williams Paint Sale's 2775 Sheridan Dr. N. Tonawanda N.Y. Employee
did Cause to Stay in an assimilated thought to perception of pouring a chemical by secretly
Comprehending Espionage integration message Combines assassinate Cause of Action
encodes Alphabet numerology 9th letter (I) and Eleventh letter K unifies "911" espionage
ill Combines I 005 Roman number two as exist Antibiotice intergrouping I Dose
immunity of arrest by hidden method of assassinate witnesses  title 18 USC 175 b
                                                                title 18 USC 2332a

did the following to me (*briefly state what each defendant named above did*): Sherwin Williams Paint Sale's Employee's 2775 Sheridan Dr., 2032 George Urban Blvd, and 7895 Niagara Falls Blvd Western N.Y. locations Buffalo and Niagara Falls Both did Secretly produce and create "Cause of Action" through Sustained espionage attack integrate Concealed English linguistic process of assessinate Unifies espionage Attrition to Secretly Distroy way of life through Constant opposition Combines harassment, abuse, Concealing Attack as Secretly exist Chemical Contamination Secretly put into paint by Sherwin Williams Corporation Cryptonym

The federal basis for this claim is: Sure Win Conspiracy of Blood as integrate Red Pote title 18 175 b title 18 2332(a)(b) USC title 18 1111 murder = 911 ate 8=th

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

800 million Dollars in Damages

**B. SECOND CLAIM:** On (*date of the incident*) September 5 2017 (November 2015 - Sept 17)

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) Sherry Reichel Sollecito Claims Examiner II New York Central/Mutual V. Daniel Robinson President CEO

did the following to me (*briefly state what each defendant named above did*): Within an insurance arrangement Combines New York Central Mutual Insurance Company V Daniel Robinson President and origin of Owner Owner 1899 VanNess Robinson by which a Company Selling insurance provides a guarantee financial Security protection Unifies personal assurance against loss merges payment premium provide a Security of Compensation for Specified loss, damage, illness or Death Due to reported Espionage Attrition Compelling an investigation Cause of Action Combines the

The federal basis for this claim is: right to be Secure in their persons, houses, papers and Effects against unlawful Seizures of property title 18 Ch 23 2304 b, Cd, F, L, M, N

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

Probable Cause Supported by English linguistic Forensics as exist example. idiom integration Release - lease unifies OWE and enable to escape from concealed confinement (Con-fine-men-t= Code Sec O=N=14th letter Alphabet) Combined Florida property & New York #650,000 or 500 million in Damages Not Providing Relocation fund resulting in life threatening Diseases

If you have additional claims, use the above format to set them out on additional **sheets of paper**.

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the* relief requested by you in each statement of claim above.

Internation Espionage information and translation exchange of facts provided learned arrangement sequence integrates Alpabet meaning mill 'E' tear E Whole F=E Burial Code written into JFK letter of Espionage Profit of War Crime Combined Defendants' here with organized Crime 500 million per Defendant as Sherwin Williams and New York Central Mutual

Do you want a **jury trial**?  Yes ☒  No ☐

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on   Sept 30, 2019
                        (date)

**NOTE:** *Each* plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.

Kevin P. Smith

_____

_____

Signature(s) of Plaintiff(s)

5

Align bottom of First and Stick Airbill or Pouch here.

U.S. POSTAGE PAID
PM #: Day
BUFFALO, NY
14241
OCT 01, 19
AMOUNT

**$24.60**

R2304W119521-39

14202

1004

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7019 1120 0000 9941 0732

United States Federal Court

Robert Jackson Blu
2 Niagan Sgra
Buffalo NY 14202

Keon Smith
205 Hammocks Dr
Buford NY 14127

JS 44   (Rev. 02/19)

# CIVIL COVER SHEET

19 CV1354 G

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Kevin Palmer Smith

**DEFENDANTS**

New York Central Mutual

**(b)** County of Residence of First Listed Plaintiff   *Erie = O ARE OE*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   *Otsego*
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Kevin P. Smith  Pro Se

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☒ 2   U.S. Government
Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*   and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☒ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product   Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability   ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☒ 320 Assault, Libel &   Pharmaceutical | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| & Enforcement of Judgment | Slander   Personal Injury | | ☐ 830 Patent | ☒ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'   Product Liability | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted | Liability   ☐ 368 Asbestos Personal | | New Drug Application | ☒ 470 Racketeer Influenced and |
| Student Loans | ☐ 340 Marine   Injury Product | | ☐ 840 Trademark | Corrupt Organizations |
| (Excludes Veterans) | ☐ 345 Marine Product   Liability | | | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment | Liability   **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer |
| of Veteran's Benefits | ☐ 350 Motor Vehicle   ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Protection Act |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☒ 190 Other Contract | Product Liability   ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal   Property Damage | Relations | ☐ 864 SSID Title XVI | Exchange |
| ☐ 196 Franchise | Injury   ☒ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☒ 890 Other Statutory Actions |
| | ☐ 362 Personal Injury -   Product Liability | ☐ 751 Family and Medical | | ☐ 891 Agricultural Acts |
| | Medical Malpractice | Leave Act | | ☒ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights   **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☒ 240 Torts to Land | ☒ 443 Housing/   Sentence | | 26 USC 7609 | Act/Review or Appeal of |
| ☒ 245 Tort Product Liability | Accommodations   ☐ 530 General | | | Agency Decision |
| ☒ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -   ☐ 535 Death Penalty | **IMMIGRATION** | | ☒ 950 Constitutionality of |
| | Employment   **Other:** | ☐ 462 Naturalization Application | | State Statutes |
| | ☐ 446 Amer. w/Disabilities -   ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other   ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education   ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1   Original
Proceeding

☐ 2   Removed from
State Court

☐ 3   Remanded from
Appellate Court

☐ 4   Reinstated or
Reopened

☐ 5   Transferred from
Another District
*(specify)*

☐ 6   Multidistrict
Litigation -
Transfer

☐ 8   Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 USC, Ch 23 interperation in insurance Business  Fithal 18 USC 4 mis Person
Brief description of cause:
Conspiracy title 18 1958 Relating to interstate Commerce

## VII. REQUESTED IN
COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $
500 Million Per

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S)
IF ANY

*(See instructions):*

JUDGE

DOCKET NUMBER

DATE   Oct 1, 2019

SIGNATURE OF ATTORNEY OF RECORD   Kevin P. Smith

**FOR OFFICE USE ONLY**

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE