UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

KEVIN P. SMITH,

                              Plaintiff,

Case # 19-CV-1354-FPG

v.

DECISION AND ORDER

NEW YORK CENTRAL MUTUAL, et al.,

                              Defendants.

On November 27, 2019, this Court dismissed *pro se* Plaintiff Kevin P. Smith's complaint with prejudice. ECF No. 7. On December 3, 2019, judgment was entered consistent with the Court's Order. ECF No. 8. Since then, Plaintiff has filed five motions for various relief and submitted a letter requesting default judgment. *See* ECF Nos. 14-19.

Because Plaintiff's complaint has been dismissed, the case is now closed. Therefore, Plaintiff cannot continue to litigate his claims against Defendants in this action, and the Court does not have jurisdiction to issue orders on his requests. For that reason, Plaintiff's requests are DENIED. The Clerk of Court shall send Plaintiff copies of (1) this Order; (2) the Court's November 27, 2019 Order (ECF No. 7); and (3) the Judgment (ECF No. 8).

IT IS SO ORDERED.

Dated: January 24, 2020
       Rochester, New York

_____
HON. FRANK P. GERACI, JR.
Chief Judge
United States District Court